DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DEYBY GILES ALVAREZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1942
_____

June 19, 2026

Appeal from the Circuit Court for Manatee County; Frederick P. Mercurio, Judge.

Blair Allen, Public Defender, and Clark E. Green, Assistant Public Defender, Bartow, for Appellant.

Deyby Giles Alvares, pro se.

James Uthmeier, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

    Affirmed.

SILBERMAN, KELLY, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.